UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
:
STEFNI SEYMOUR, Individually and on Behalf of All : 06 CV 1293
Other Persons Similarly Situated, :
: STIPULATION OF DISMISSAL
Plaintiffs, :
:
- against - :
:
:
:
CARELINK, INC. and GLOBAL STAFFING :
RESOURCES, INC. :
:
Defendants.
------------------------------------x

WHEREAS, the Court stayed all proceedings in this case on the representation of counsel that "a final decision in the case captioned Coke v. Long Island Care at Home ('Coke'), is likely to affect the outcome of this case," and

WHEREAS, in Coke, the United States Supreme Court upheld the U.S. Department of Labor regulation, 29 CFR §552 109(a), exempting certain companionship workers who were alleged to be in domestic service employment and paid by third party agencies, from the minimum wage and maximum hours rules of the Fair Labor Standards Act; and

WHEREAS counsel for the parties have agreed to a voluntary dismissal of the case in light of the Supreme Court decision in Coke;

IT IS HEREBY Stipulated by and between counsel for the parties that:

1. The case shall be and hereby is DISMISSED with prejudice as to all FLSA claims finally resolved or controlled by the decision of the United States Supreme Court in Coke v.

*Long Island Care at Home* No. 06-593, 2007 U.S. LEXIS 7717 (U.S. June 11, 2007), and DISMISSED as to all other claims asserted herein without prejudice pursuant to Fed. R. Civ. P. 41(b).

    2.    Each party shall bear its own costs.

Dated: New York, New York
July 18, 2007

                           L'Abbate, Balkan, Colavita & Contini, LLP
                           Attorneys for Defendant
                           1001 Franklin Avenue
                           Garden City, New York 11530
                           (516) 294-8844

                           By: _____
                               Peter L. Contini (PC 0169)

                           Locks Law Firm, PLLC
                           *Attorneys for Plaintiff*
                           110 East 55th Street, 12th Floor
                           New York, New York 10022
                           (212) 838-3333

                           By: _____
                               Fran L. Rudich (FR 7577)

SO ORDERED:
s/Hon. Charles P. Sifton
_____
U.S.D.J.

7/25/07